IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER ROSS**<br>**920 I Street NW, # 406**<br>**Washington DC 20001**<br>         **Plaintiff,**<br><br>vs.<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY,**<br>**300 7th Street, SW**<br>**Washington, DC 20024**<br><br>         **Defendant.** | **Civil Action No.: 1:24-cv-2312** |

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Columbia:

1. On or about July 10, 2024, Plaintiff filed this action in the Superior Court of the District of Columbia in the case titled *Peter Ross v. Washington Metropolitan Area Transit Authority*, Case No. 2024-CAB-004333.

2. The Washington Metropolitan Area Transit Authority (hereinafter "WMATA") received notice of the lawsuit on July 16, 2024.

3. This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.10, which provides:

> The United States District Courts shall have original
> jurisdiction, concurrent with the Courts of Maryland,
> Virginia and the District of Columbia of all actions
> brought by or against the Authority and to enforce

subpoenas issued under this Title.  Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

WHEREFORE, WMATA requests that this entire action, now pending in the Superior Court of the District of Columbia, be removed to this Court.

>
> Respectfully submitted,
>
> WASHINGTON METROPOLITAN AREA
> TRANSIT AUTHORITY
> By Counsel:
>
> /s/ *Neal M. Janey, Jr.*
> Neal M. Janey, Jr., *Bar No.*: 995449
> Senior Counsel II
> Legal Department – WMATA
> 300 7th Street SW
> Washington, DC 20024
> Telephone: (202) 627-4540
> Facsimile:  (202) 962-2550
> *Counsel for WMATA*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was emailed and mailed first class, postage prepaid, on the 7th day of August, 2024 to:

Justin M. Beall, Esquire
KOONZ, MCKENNEY, JOHNSON & DEPAOLIS, LLP
Willow Wood Plaza 1
10300 Eaton Place, Suite 200
Fairfax, VA 22030

> /s/ *Neal M. Janey, Jr.*
> Neal M. Janey, Jr.