IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER ROSS** | : |
| | : |
| | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | :   Case No.: 1:24-cv-02312 RJL |
| | : |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY** | : |
| | : |
| | : |
| **Defendant.** | : |

## **FINAL DISMISSAL ORDER**

CAME THIS DAY the parties, by undersigned Counsel, and jointly request pursuant to Federal Rule of Civil Procedure 41(a)(2) that the matter be dismissed with prejudice, as the parties have reached a settlement in the matter, with each party bearing their own costs and fees, it is hereby:

ADJUDGED, ORDERED, and DECREED that this action against Defendant Washington Metropolitan Area Transit Authority is dismissed with prejudice.

The Clerk is directed to provide a certified copy of this Order, following entry, to all counsel of record herein.

THIS CAUSE IS ENDED.

ENTERED:      /      /

_____
Judge

WE ASK FOR THIS:

*/s/ Justin M. Beall, Esq.*
Justin M. Beall, Esquire  #502394
Koonz, McKenney, Johnson, DePaolis & Lightfoot, LLP
10300 Eaton Place, Ste. 200
Fairfax, Virginia 22030
(703) 218-4410 Telephone
(703) 218-4411 Facsimile
jbeall@koonz.com
*Counsel for Plaintiff*


SEEN AND AGREED:

*/s/ Neal M. Janey, Esq.*
Neal M. Janey, Jr.. # 995449
Washington Metropolitan Area Transit Authority
Legal Department
300 7th Street SW
Washington, D.C. 20024
(202) 627-4540  (telephone)
(202) 962-2550 (fax)
NMJaney@wmata.com
*Counsel for Defendant*